UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHISH CHADHA, et al.<br><br>Plaintiff(s),<br><br>v.<br><br>PORSCHE CARS NORTH AMERICA, INC., et al.<br><br>Defendant(s). | Case No: 4:20-cv-06923<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, STEVE W. BERMAN, an active member in good standing of the bar of Washington, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiffs in the above-entitled action. My local co-counsel in this case is Shana E. Scarlett, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My address of record: | Local co-counsel's address of record: |
|---|---|
| 1301 Second Ave., Suite 2000<br>Seattle, WA 98101 | 715 Hearst Ave., Suite 202<br>Berkeley, CA 94710 |
| My telephone # of record: | Local co-counsel's telephone # of record: |
| (206) 623-7292 | (510) 725-3000 |
| My email address of record: | Local co-counsel's email address of record: |
| steve@hbsslaw.com | shanas@hbsslaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 12536.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 10/07/20

STEVE W. BERMAN
APPLICANT

---

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of STEVE W. BERMAN is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: October 8, 2020

*[signature]*
UNITED STATES MAGISTRATE JUDGE